AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>STEWART, JANICE M. | 2. Court or Organization<br><br>DISTRICT COURT - OREGON | 3. Date of Report<br><br>08/10/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US MAGISTRATE JUDGE (RETIRED ON RECALL) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>807 US COURTHOUSE<br>1000 SW THIRD AVE<br>PORTLAND, OR 97204 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER | GLADSTONE, LLC |
| 2. MEMBER | OVERTON, LLC |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 08/10/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 08/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US BANK | GUARANTY FOR MORTGAGE HELD BY      GLADSTONE, LLC (Part VII, line 168 ) | O |
| 2. | US BANK | GUARANTY FOR MORTGAGE HELD BY      OVERTON, LLC (Part VII, line 169) | O |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT # 1 (H): | | | | | | | | | |
| 2. -BP AMOCO PLC ADS | A | Dividend | J | T | | | | | |
| 3. -BRISTOL MYERS SQUIBB | B | Dividend | L | T | | | | | |
| 4. -GOLDMAN SACHS | B | Dividend | M | T | | | | | |
| 5. -INTEL CORP. | D | Dividend | N | T | | | | | |
| 6. -IBM CORP. | B | Dividend | K | T | | | | | |
| 7. -MERCK & CO | C | Dividend | M | T | | | | | |
| 8. -MICROSOFT | D | Dividend | O | T | | | | | |
| 9. -SPDR TRUST | D | Dividend | N | T | | | | | |
| 10. -MS ACTIVE ASSETS TAX FR TRUST | A | Dividend | N | T | | | | | |
| 11. -VANGUARD MID-CAP ETF INDEX | D | Dividend | O | T | | | | | |
| 12. -VANGUARD S&P 500 | D | Dividend | N | T | | | | | |
| 13. -VANGUARD FTSE EMERGING MARKETS | C | Interest | M | T | | | | | |
| 14. -VANGUARD TOTAL STK MKT ETF | D | Dividend | N | T | | | | | |
| 15. NEW ALTERNATIVES FUND, INC. | A | Dividend | J | T | | | | | |
| 16. IRA ACCOUNT # 2 (H): | | | | | | | | | |
| 17. -ISHARES S&P 500 INDEX | E | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -ISHARES TRUST MSCI | A | Dividend | L | T | Buy (add'l) | 02/09/16 | J | | |
| 19. | | | | | Buy (add'l) | 12/21/16 | J | | |
| 20. -ISHARES TR FLOATING RATE BD LTF | A | Dividend | M | | Buy (add'l) | 12/21/16 | K | | |
| 21. -VANGUARD INT'L EQUITY INDEX FDS MSCI | A | Dividend | M | T | Buy (add'l) | 12/21/16 | K | | |
| 22. -VANGUARD INDEX MID CAP | A | Dividend | M | T | Sold (part) | 12/21/16 | L | E | |
| 23. -VANGUARD INDEX SMALL CAP | A | Dividend | M | T | Sold (part) | 12/21/16 | L | E | |
| 24. -FIDELITY NEW MARKETS INCOME | A | Dividend | L | T | | | | | |
| 25. -FIDELITY STRATEGIC INCOME | A | Dividend | L | T | | | | | |
| 26. -FIDELITY TOTAL BOND | A | Int./Div. | M | T | Buy (add'l) | 12/21/16 | K | | |
| 27. -FDIC INSURED DEPOSIT at Fifth Third Bank | A | Interest | J | T | | | | | |
| 28. ▓▓▓ IRA # 1 (H): | | | | | | | | | |
| 29. -SPDR DJIA TRUST | E | Dividend | O | T | | | | | |
| 30. -SPDR TRUST SERIES 1 | E | Dividend | P1 | T | | | | | |
| 31. -VANGUARD S&P 500 ETF | D | Dividend | O | T | | | | | |
| 32. SPOUSE IRA # 4 (H): | | | | | | | | | |
| 33. -MCEWEN GISVOLD LLP 401K | A | Dividend | L | T | | | | | |
| 34. ▓▓▓ TRUST # 1 (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - ML BANK | A | Interest | | | Sold | 04/28/16 | J | A | |
| 36. -VANGUARD FEDERAL MONEY MARKET FUND | A | Int./Div. | J | T | Buy | 04/28/16 | J | | |
| 37. -US TREASURY BONDS | A | Interest | K | T | | | | | |
| 38. -AT&T INC. | A | Dividend | J | T | | | | | |
| 39. -ALCATEL-LUCENT. | A | Dividend | | | Sold | 06/02/16 | J | A | |
| 40. -COMCAST CORP. | A | Dividend | J | T | | | | | |
| 41. -EXELON CORP | A | Dividend | J | T | | | | | |
| 42. -EXXON MOBIL CORP. | B | Dividend | N | T | | | | | |
| 43. -FAIRPOINT COMMUNICATIONS, INC. | A | Dividend | J | T | | | | | |
| 44. -FRONTIER COMMUNICATIONS, INC. | A | Dividend | J | T | | | | | |
| 45. -IMATION CORP. | A | Dividend | J | T | | | | | |
| 46. -3M COMPANY | A | Dividend | M | T | | | | | |
| 47. -PITNEY BOWES | A | Dividend | K | T | | | | | |
| 48. -PFIZER | A | Dividend | L | T | | | | | |
| 49. -VANGUARD SHORT TERM INV GRADE | A | Dividend | K | T | | | | | |
| 50. -VERIZON COMMUNICATIONS | A | Dividend | K | T | | | | | |
| 51. ░░░░ ░░░░ TRUST # 2 (H): | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - ML BANK | A | Dividend | | | Sold | 05/23/16 | K | A | |
| 53.   - MS BANK | A | Interest | M | T | Buy | 05/23/16 | K | | |
| 54.   -US TREASURY BONDS AND NOTES | E | Interest | N | T | | | | | |
| 55.   -FAIRPOINT COMMUNICATIONS, INC. | A | Dividend | | | Sold | 12/19/16 | J | A | |
| 56.   -FRONTIER COMMUNICATIONS, INC., | A | Dividend | J | T | | | | | |
| 57.   -GENERAL ELECTRIC CO. | D | Dividend | M | T | | | | | |
| 58.   -IBM | C | Dividend | M | T | | | | | |
| 59.   -JP MORGAN CHASE & CO. | B | Dividend | L | T | | | | | |
| 60.   -MERCK & CO, INC. | D | Dividend | N | T | | | | | |
| 61.   -3M COMPANY | B | Dividend | L | T | | | | | |
| 62.   -PROCTOR & GAMBLE CO. | D | Dividend | N | T | | | | | |
| 63.   -VANGUAD SMALL CAP FUND | A | Dividend | K | T | | | | | |
| 64.   -VANGUARD MID CAP FUND | A | Dividend | K | T | | | | | |
| 65.   -VANGUARD TOTAL STK MKT | D | Dividend | O | T | | | | | |
| 66.   -VANGUARD 500 INDEX FUND | A | Dividend | K | T | | | | | |
| 67.   -VERIZON COMMUNICATIONS | C | Dividend | L | T | | | | | |
| 68.   -HILLCORP | B | Royalty | J | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   _____ _____ TRUST #3 (H) : | | | | | | | | | |
| 70.   -US TREASURY BONDS AND NOTES | D | Interest | M | T | Redeemed (part) | 05/16/16 | K | A | |
| 71.   - ML BANK | A | Interest | | | Sold | 04/28/16 | J | A | |
| 72.   - MS BANK | A | Interest | L | T | Buy | 04/28/16 | J | | |
| 73.   -AT&T INC | B | Dividend | L | T | | | | | |
| 74.   -ARCONIC (fka ALCOA INC.) | A | Dividend | J | T | | | | | |
| 75.   -COCA COLA CO. | D | Dividend | M | T | | | | | |
| 76.   -COLGATE-PALMOLIVE CO. | C | Dividend | M | T | | | | | |
| 77.   -DOW CHEMICAL CO. | B | Dividend | L | T | | | | | |
| 78.   -EXPRESS SCRIPTS HOLDING | | None | | | Sold | 11/04/16 | J | A | |
| 79.   -EXXON MOBILE CORP. | D | Dividend | M | T | | | | | |
| 80.   -GENERAL ELECTRIC CO. | B | Dividend | L | T | | | | | |
| 81.   -HANES BRANDS INC. | A | Dividend | J | T | | | | | |
| 82.   -IBM | B | Dividend | L | T | | | | | |
| 83.   -ISHARES MSCI PACIFIC | A | Dividend | | | Sold | 11/04/16 | K | A | |
| 84.   -ISHARES TR DJ SEL DIV INX | C | Dividend | M | T | | | | | |
| 85.   -ISHARES iBOXXS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| STEWART, JANICE M. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -JP MORGAN CHASE & CO | B | Dividend | M | T | | | | | |
| 87. -MERCK & CO., INC. | B | Dividend | K | T | | | | | |
| 88. -PFIZER INC. | D | Dividend | N | T | | | | | |
| 89. -PLUM CREEK TIMBER CO. | | | | | Merged (with line 97) | 02/19/16 | K | A | |
| 90. -PROCTOR & GAMBLE CO. | C | Dividend | L | T | | | | | |
| 91. -TECK RESOURCES LTD | A | Dividend | | | Sold | 11/04/16 | J | A | |
| 92. -TRAVELERS COS. INC. | A | Dividend | | | Sold | 11/04/16 | J | A | |
| 93. -UNION PAC CORP. | C | Dividend | M | T | | | | | |
| 94. -VANGUARD SMALL CAP FUND | A | Dividend | L | T | | | | | |
| 95. -VANGUARD MID CAP FUND | A | Dividend | L | T | | | | | |
| 96. -VANGUARD TOTAL STK MKT | B | Dividend | L | T | | | | | |
| 97. -WEYERHAUSER | B | Dividend | K | T | Buy | 02/19/16 | K | | |
| 98. ⬜ TRUST #4 (H): | | | | | | | | | |
| 99. -ML BANK | A | Interest | | | Sold | 06/08/16 | L | A | |
| 100. -MS BANK | A | Interest | K | T | Buy | 06/08/16 | L | | |
| 101. -US TREASURY BONDS AND NOTES | D | Interest | N | T | | | | | |
| 102. -VANGUARD SMALL CAP FUND | C | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -VANGUARD MID CAP FUND | C | Dividend | N | T | | | | | |
| 104.  -VANGUARD TOTAL STK MKT | B | Dividend | L | T | | | | | |
| 105.  -VANGUARD S&P 500 INDEX FUND | B | Dividend | L | T | Buy | 06/28/16 | L | | |
| 106.  _____ TRUST #5 (H): | | | | | | | | | |
| 107.  -ML BANK | A | Interest | | | Sold | 04/28/16 | J | A | |
| 108.  -VANGUARD FEDERAL MONEY MARKET FUND | A | Int./Div. | J | T | Buy | 04/28/16 | J | | |
| 109.  -BRISTOL MYERS SQUIBB CO. | A | Dividend | L | T | | | | | |
| 110.  -CVS HEALTH CORP. | A | Dividend | M | T | | | | | |
| 111.  -IBM | A | Dividend | M | T | | | | | |
| 112.  -INVESCO 1320 DIV SUS PORT | A | Dividend | | | Sold | 10/24/16 | J | A | |
| 113.  -J.M. SMUCKER CO . | A | Dividend | J | T | | | | | |
| 114.  -PEPSICO, INC. | A | Dividend | M | T | | | | | |
| 115.  -US TREASURY BONDS | D | Interest | M | T | | | | | |
| 116.  -VANGUARD S&P 500 INDEX FUND | B | Dividend | O | T | | | | | |
| 117.  -VANGUARD MID-CAP | A | Dividend | L | T | | | | | |
| 118.  -VANGUARD SMAL-CAP | A | Dividend | L | T | | | | | |
| 119.  -VANGUARD TOTAL STK MKT | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 08/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -YUM BRANDS, INC. | A | Dividend | K | T | | | | | |
| 121.  -YUM CHINA HOLDINGS INC. | A | Distribution | K | T | Spinoff (from line 120) | 11/01/16 | K | | |
| 122.  KEY BANK OF OREGON ACCOUNT | A | Interest | J | T | | | | | |
| 123.  RAINCLOUD TREE FARM | E | Rent | N | Q | | | | | |
| 124.  RENTAL PROPERTY # 1, PORTLAND, OR (2006, $380,000) | D | Rent | N | R | | | | | |
| 125.  RENTAL PROPERTY #2, PORTLAND, OR (2008, 42.8% int, $132,680) | A | Rent | M | R | | | | | |
| 126.  GLADSTONE, LLC | E | Rent | O | R | | | | | |
| 127.  OVERTON, LLC | E | Rent | O | R | | | | | |
| 128.  PERSONAL LOAN TO MCCLEARY - NOTE RECEIVABLE | C | Interest | M | T | | | | | |
| 129.  PERSONAL LOAN TO MCCLEARY - NOTE RECEIVABLE | C | Interest | M | T | | | | | |
| 130.  PERSONAL LOAN TO DOWNEY | E | Interest | N | T | Buy | 01/04/16 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEWART, JANICE M. | 08/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Line 34: ▓▓▓ ▓▓▓ Trust #1: ▓▓▓ is 1/3 income beneficiary with ▓▓▓ and Thomas A. Allen (Philadelphia, PA) as trustee. Third trustee, Ann Jobling Allen (Louisville, KY) was added in June 2016.

VII. Line 51: ▓▓▓ Family Trust #2: ▓▓▓ is sole income beneficiary and became trustee in 1997. Assets include a 1/72 interest in a mineral lease, Point Coupee Parish, LA. The lessee is BP Amoco (fka Chevron). The valuation is an estimate obtained from a valuation on a deceased beneficiary's interest for estate purposes in 1998.

VII. Line 69: ▓▓▓ ▓▓▓ Trust #3: ▓▓▓ was 1/3 income beneficiary with Thomas A. Alllen (Philadelphia, PA) as trustee. Trust was split in thirds in April 2016 and ▓▓▓ is now sole beneficiary and trustee of ▓ sub-trust.

VII. Line 98 : ▓▓▓ ▓▓▓ Trust #4: ▓▓▓ was 1/3 income beneficiary with Thomas A. Alllen (Philadelphia, PA) as trustee. Trust was split in thirds in June 2016 and ▓▓▓ is now sole beneficiary and trustee of his sub-trust.

VII. Line 106: ▓▓▓ ▓▓▓ Trust #5: Created 4/16/07 from estate of ▓▓▓ ▓▓▓ ▓▓▓ is 1/3 income beneficiary. Trustees are ▓▓▓ Thomas A. Allen (Philadelphis, PA), and Ann Jobling Allen (Louisville, KY). .

VII. Line 123: Raincloud Tree Farm consists of real property (120 acres of timber property and rental houses in Clackamas County, Oregon) previously held in trust. Reporting person holds 2/3 (passive) partnership interest which was converted to a tenancy in common 08/21/14. The value of that interest is estimated based on timber and property appraisals dated 11/9/94 and 1/23/95, as well as updated appraisals in 11/97, 12/98, 12/00, 12/02, and 12/04.

VII. Line 126: ▓▓▓ Gladstone, LLC, owns rental property located in Portland, Oregon; purchased 2/3 interest 8/7/2009 for $696,600.

VII. Line 127: ▓▓▓ Overton, LLC, owns rental property located in Portland, Oregon; purchased 75% interest 5/30/2013 for $808,257.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ JANICE M. STEWART

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544